UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22944-CIV-DPG

FERMIN BENAVIDES BLANDON, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

JJ 27 AVENUE STATION INC. d/b/a U GAS, and DAYANA MEDINA,

        Defendants.

_____

## PLAINTIFFS' STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Half-time Overtime Claim (11/14/14-2/16/15):**
Amount of half time per hour not compensated: $4
Weeks: 13
Overtime hours per week: 50
Total wages unpaid and liquidated damages: $2,600 X 2 = $5,200

**Half-time Overtime Claim (2/17/15-2/17/16):**
Amount of half time per hour not compensated: $4
Weeks: 52
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $4,160 X 2 = $8,320

**Half-time Overtime Claim (2/18/16-7/4/16):**
Amount of half time per hour not compensated: $4
Weeks: 19
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $608 X 2 = $1,216

**Total Federal OT Claim:** $14,736

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

**BY:____/s/ K. David Kelly_____**
       **K. DAVID KELLY, ESQ.**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 7/11/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
       **K. DAVID KELLY, ESQ.**